IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. ASBERRY, a.k.a. JOSEPH ASBERRY, a.k.a. J.N. ASBERRY,<br><br>Defendant. | Case No.: 11-cv-6531 JSC<br><br>**AMENDED ORDER REFERRING DEFENDANT TO FEDERAL PRO BONO PROJECT FOR PURPOSES OF REPRESENTATION FOR MEDIATION** |

This Order amends the Court's November 19, 2012 Order. Docket No. 22 is VACATED.

Upon review of the file in this matter, the Court concludes that it is appropriate to refer the Defendant to the Federal Pro Bono Project to attempt to secure pro bono counsel to represent Defendant for purposes of mediation. Accordingly:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF"), one copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by BASF that an attorney has been located to represent Defendant, that attorney shall be appointed counsel for Defendant in this matter to represent Defendant for purposes of mediation.

3. Following the appointment of counsel, the Court will refer the matter to the Court's ADR unit for mediation.

**IT IS SO ORDERED.**

Dated: November 20, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE