IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. ASBERRY, a.k.a. JOSEPH ASBERRY, a.k.a. J.N. ASBERRY,<br><br>Defendant. | Case No.: 11-cv-6531 JSC<br><br>**ORDER APPOINTING COUNSEL** |

Because Defendant Joseph Asberry has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation, Michael L. Charlson, Hogan Lovells, LLP, 525 University Avenue, 4th Floor Palo Alto, CA 94301, (650) 463-4003, and Helen H. Trac, Hogan Lovells, LLP, 3 Embarcadero Center, Suite 1500, San Francisco, CA 94111,(415) 374-2462, are hereby appointed as counsel for Defendant Joseph Asberry in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

☒ mediation

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

_____

☐ discovery as follows:

_____

☐ other:

_____

**IT IS SO ORDERED.**

Dated:  December 6, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE