IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. ASBERRY, a.k.a. JOSEPH ASBERRY, a.k.a. J.N. ASBERRY,<br><br>Defendant. | Case No.: 11-cv-6531 JSC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR MEDIATION** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this action to the Alternative Dispute Resolution (ADR) Unit for mediation. The ADR Unit will contact the parties regarding scheduling the mediation.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE